Edward A. Smith (SBN 139950)
LAW OFFICE OF TED GREENE, INC.
1912 F Street, Ste. 110
Sacramento, CA 95811
Telephone: (916) 442-6400
Facsimile: (916) 266-9285

Attorneys for Plaintiff,
BINCYMOL JOSEPH

# UNITES STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| BINCYMOL JOSEPH,<br><br>        Plaintiff,<br><br>vs.<br><br>STRYKER CORPORATION, a business entity; and DOES 1-50 inclusive,<br><br>        Defendants. | Case No.: 2:18-CV-00370-KJM-CKD<br><br>STIPULATION TO VACATE SCHEDULING ORDER AND FOR ORDER AUTHORIZING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT TO ADD CV MEDICAL, LLC. AS NEW PARTY DEFENDANT AND ORDER<br><br>Complaint Filed: November 30, 2017<br>Removal Date:    February 26, 2018 |

Plaintiff BINCYMOL JOSEPH, by and through her attorney of record, Edward A. Smith of Law Offices of Ted A. Smith, Inc., and defendant STRYKER CORPORATION, by and through its attorney of record Sarah M. Ayad of the Snell & Wilmer L.L.P hereby stipulate, subject to approval by the Court as follows:

Plaintiff may file a First Amended Complaint adding CV MEDICAL, LLC as a party defendant to this action. A true and correct copy of the proposed First Amended Complaint is attached hereto.

Given that the parties agree that the complaint needs to be amended to add CV MEDICAL, LLC as a party defendant, the parties have stipulated, subject to court approval that it in reasonable

---

1
EX PARTE APPLICATION TO VACATE TRIAL DATE AND SCHEDULING ORDER AND FOR ORDER AUTHORIZING PLAINTIFF TO FILE
FIRST AMENDED COMPLAINT TO ADD NEW PARTY DEFENDANT; DECLARATION OF EDWARD A. SMITH IN SUPPORT THEREOF

and necessary that the current scheduling order be vacated pending the appearance of the new party defendant CV MEDICAL, LLC. so that said defendant can properly participate in said discovery.

The parties understand that this stipulation is not effective unless it is approved and consented to by the Court.

Date: May 16, 2019    /s/ Edward A. Smith
            Edward A. Smith, Attorney for
            Plaintiff Bincymol Joseph

Date: May 16, 2019    /s/ Sarah M. Ayad
            Sarah M Ayad, Attorney for
            Defendant Stryker Corporation

So Ordered.

Plaintiff shall file the proposed First Amended Complaint on or before May 31, 2019 and effect service of the summons and complaint within times prescribed by the Court.

The Scheduling Order previously issued by this Court is hereby vacated. The parties shall file a Joint Status (Initial Scheduling) Report by June 28, 2019, proposing a new schedule for the case. The court will set a new scheduling conference only if needed to clarify matters with the parties. A Status Conference will be scheduled under the usual Court process and procedures and further Orders of the Court.

DATED: May 21, 2019.

                                 UNITED STATES DISTRICT JUDGE