UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bincymol Joseph,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Stryker Corporation, et. al,<br><br>　　　　　　Defendants. | No. 2:18-CV-00370-KJM-CKD<br><br>ORDER |

Defendant Davis Tool moves to dismiss the claims plaintiff Bincymol Joseph brings against it. Mot., ECF No. 46. Davis Tool argues it should be dismissed because Ninth Circuit precedent and Federal Rule of Civil Procedure 15(c) require this court to apply the law of the California Doe statute, which dictates the rule for extending the statute of limitations. Reply at 2, ECF No. 49 (citing *Lindley v. General Electric Co.*, 780 F.2d 797 (9th Cir. 1986)). As this argument was raised for the first time in a reply brief, **the court orders Joseph to file a sur-reply, no more than five pages in length, within seven days of this order.**

　　IT IS SO ORDERED.

DATED: September 13, 2021.

　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1