UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINCYMOL JOSEPH,<br><br>    Plaintiff,<br><br>    vs.<br><br>STRYKER CORPORATION, a business entity, CV MEDICAL LLC,, and DAVIS TOOL, INC.,<br><br>    Defendants. | Case No.: 2:18-cv-00370-KJM-CKD<br><br>**ORDER TO REOPEN AND EXTEND THE FACT DISCOVERY DEADLINE AND EXPERT DISCLOSURE DEADLINE**<br><br>Complaint Filed: November 30, 2017<br>Trial Date: N/A |

    IT IS HEREBY STIPULATED by and among Plaintiff BINCYMOL JOSEPH (hereinafter referred to as "Plaintiff"), Defendant CV MEDICAL, LLC (hereinafter referred to as "CV Medical") Defendant DAVIS TOOL, INC. (hereinafter referred to as "Davis Tool") and Lien Claimant KAISER FOUNDATION HEALTH PLAN through their respective counsel, that:

    WHEREAS at a Scheduling Conference held on 6/15/2022, this Court set a fact discovery deadline of 1/5/2023.

    WHERAS all the parties made reasonable and diligent effort to complete fact discovery by 1/5/2023.

    WHEREAS on at the Person Most Knowledgeable depositions of Davis Tool taken by Counsel CV Medical on 11/22/2022, Davis Tools' employees Richard Bilodeau and Brian VanDyke both testified that Randy Rigby was a quality manager at Davis Tool who was involved with Davis Tool's corrective action plan concerning the subject machine that Plaintiff alleges she was injured by.

    WHEREAS following the deposition on 11/22/2022, Counsel for CV Medical contacted Counsel for Davis Tool to set up his deposition.

1   WHEREAS Davis Tool agreed to produce Randy Rigby for deposition.

2   WHERE the parties could not find a mutually agreeable date and time prior to the close of fact
3   discovery given the schedules of counsel for the parties, as well as Mr. Rigby.

4   WHEREAS Davis Tool and CV Medical only recently learned that Plaintiff was involved in
5   Workers Compensation and Employers Liability case dated 10/27/2022

6   WHEREAS the above-mentioned Workers Compensation and Employers Liability case was
7   not disclosed to the Defendants prior to the close of fact discovery.

8   WHEREAS the parties intend to reopen discovery to take the following depositions: (1) Randy
9   Rigby of Davis Tool, Inc. (2) the Person Most Knowledgeable at CV Medical and (3) witness John
10  Serarte.

11  WHEREAS CV Medical and/or Davis Tool, Inc. intend to reopen discovery to subpoena
12  Plaintiff's records from Kaiser Permanente and Sedgwick Claims Management Services, Inc.,
13  concerning her Workers Compensation and Employers Liability case dated on or around 10/27/2022.

14  WHEREAS the parties agree that all subpoena record requests made to Kaiser Permanente and
15  Sedgwick Claims Management Services concerning Plaintiff's Workers Compensation and
16  Employers Liability case dated on or around 10/27/2022 shall be served by CV Medical and/or Davis
17  Tool within 30 days of this Order, and that any subsequent responses by Kaiser Permanente and
18  Sedgwick Claims Management Services shall be deemed admissible for discovery, regardless of the
19  time it takes these companies to actually produce records.

20  WHEREAS the parties agree to complete and conduct all further depositions, as noted above,
21  within two months of this Order.

22  WHEREAS the reopening and extension of time requested herein will not impact the
23  remaining schedule for the case or prejudice any of the parties.

24  WHEREAS the parties agree that if there is future dispute concerning fact discovery and any
25  motions are filed with this Court concerning such dispute, fact discovery shall at least remain open for
26  the time necessary for the Court to resolve the dispute.

27  WHEREAS the Court issued a Minute Order on 3/7/2023 setting a Final Pretrial Conference
28  for 4/28/2023 at 10:00am in Courtroom 3 before Chief District Judge Kimberly J. Mueller. [ECF No.

68].

THEREFORE, Plaintiff, CV Medical, Davis Tool and Kaiser Foundation Health Plan hereby jointly request that the Court enter an Order to reopen fact discovery to two months after the date of this Order, to allow for additional depositions to be taken.

THEREFORE, Plaintiff, CV Medical, Davis Tool and Kaiser Foundation Health Plan hereby jointly request that any and all responses by Kaiser Permanente and Sedgwick Claims Management Services concerning Plaintiff's Workers Compensation and Employers Liability case (dated 10/27/2022) to CV Medical and/or Davis Tool's record subpoena requests be deemed admissible for discovery purposes regardless of the date when these responses and/or records are actually produced.

THEREFORE, Plaintiff, CV Medical, Davis Tool and Kaiser Foundation Health Plan hereby jointly request that if there is future dispute concerning fact discovery and any motions are filed with this Court concerning such dispute, fact discovery shall remain at least open for the time necessary for the Court to resolve the dispute.

THEREFORE, Plaintiff, CV Medical, Davis Tool and Kaiser Foundation Health Plan hereby jointly request that the aforementioned extension of fact discovery shall not impact any dates noted in the Court's 3/7/2023 Minute Order. [ECF No. 68]

Dated: March 10, 2023

CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY

By:   /s/Jeffrey M. Vucinich
JEFFREY M. VUCINICH, ESQ.
DANIEL D. MARCUS, ESQ.
Attorneys for Defendant
CV MEDICAL, LLC

| | | |
|---|---|---|
| Dated: March 10, 2023 | | LAW OFFICES OF COREY A. PINGLE |

By: _/s/Matthew Briggs_
MATTHEW C. BRIGGS, ESQ.
COREY PINGLE, ESQ.
Attorneys for Plaintifff
BINCYMOL JOSEPH

Dated: March 10, 2023                ARMIJO, MOROVATI & SHIELDS

By: _/s/David Barch_
DAVID L. BARCH, ESQ.
Attorneys for Defendant/Third Party Defendant
DAVIS TOOL, INC.

Dated: March 10, 2023                SIEGEL, MORENO & STETTLER, APC

By: _/s/Michael Zaiderman_
MICHAEL ZAIDERMAN, ESQ.
Attorneys for Lien Claimant
KAISER FOUNDATION HEALTH PLAN

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

In light of this order, the Final Pretrial Conference currently set for 4/28/2023 is **vacated**.

Dated:  March 22, 2023.

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE